```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 15016
   CRYSTAL SHONTELL RULE BROWN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3998


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/15/2006 and was confirmed 01/03/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 03/26/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
ARONSON FURNITURE          SECURED              500.00          .00        194.46
ARONSON FURNITURE          UNSECURED         NOT FILED          .00           .00
CENTRIX FINANCIAL LLC      SECURED VEHIC      5700.00        278.10       2496.46
CENTRIX FINANCIAL LLC      UNSECURED          4268.54          .00           .00
ACL INC                    UNSECURED         NOT FILED          .00           .00
ADVOCATE HEALTH CARE TRI   UNSECURED         NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED             430.00         .00           .00
CHICAGO BUREAU OF PARKIN   NOTICE ONLY       NOT FILED          .00           .00
EAST WEST UNIVERSITY       UNSECURED         NOT FILED          .00           .00
EDWARD HOSPITAL            UNSECURED         NOT FILED          .00           .00
LOYOLA UNIV PHYNS FOUNDA   UNSECURED         NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED             163.29         .00           .00
MERCY HOSPITAL MEDICAL C   UNSECURED         NOT FILED          .00           .00
MIDWEST DIAGNOSTIC PATHO   UNSECURED         NOT FILED          .00           .00
MIDWEST DIAGNOSTIC PATHO   UNSECURED         NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED             723.67         .00           .00
ORCHARD BANK               NOTICE ONLY       NOT FILED          .00           .00
PATHOLOGY CONSULTANTS OF   UNSECURED         NOT FILED          .00           .00
SALLIE MAE                 UNSECURED         NOT FILED          .00           .00
SPRINT                     UNSECURED         NOT FILED          .00           .00
TCF BANK                   UNSECURED         NOT FILED          .00           .00
SALLIE MAE INC             UNSECURED          5450.20          .00           .00
US DEPT OF EDUCATION       UNSECURED          1371.60          .00           .00
U S DEPT OF EDUCATION      NOTICE ONLY       NOT FILED          .00           .00
U S DEPT OF EDUCATION      NOTICE ONLY       NOT FILED          .00           .00
U S DEPT OF EDUCATION      NOTICE ONLY       NOT FILED          .00           .00
U S DEPT OF EDUCATION      NOTICE ONLY       NOT FILED          .00           .00
U S DEPT OF EDUCATION      NOTICE ONLY       NOT FILED          .00           .00
WASHINGTON MUTUAL          UNSECURED         NOT FILED          .00           .00
WINDY CITY EMERG PHY       UNSECURED         NOT FILED          .00           .00
CAPITAL ONE                UNSECURED             770.64         .00           .00
PALISADES ACQUISITIONS     UNSECURED         NOT FILED          .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 15016 CRYSTAL SHONTELL RULE BROWN
```

```
ASSET ACCEPTANCE LLC       UNSECURED         104.39              .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          98.74              .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY          872.28              .00         799.20
CHICAGO DEPT OF REVENUE    UNSECURED     NOT FILED               .00            .00
CITY OF CHICAGO DEPT OF    NOTICE ONLY   NOT FILED               .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED     NOT FILED               .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED     NOT FILED               .00            .00
US DEPT OF EDUCATION       NOTICE ONLY   NOT FILED               .00            .00
VERIZON WIRELESS           UNSECURED     NOT FILED               .00            .00
VERIZON WIRELESS           NOTICE ONLY   NOT FILED               .00            .00
MELVIN J KAPLAN            DEBTOR ATTY     3,000.00                         3,000.00
TOM VAUGHN                 TRUSTEE                                            463.56
DEBTOR REFUND              REFUND                                             770.74
```

Summary of Receipts and Disbursements:

```
                              RECEIPTS         DISBURSEMENTS

TRUSTEE                       8,002.52

PRIORITY                                            799.20
SECURED                                           2,690.92
    INTEREST                                        278.10
UNSECURED                                              .00
ADMINISTRATIVE                                    3,000.00
TRUSTEE COMPENSATION                                463.56
DEBTOR REFUND                                       770.74
                            ---------------   ---------------
TOTALS                        8,002.52            8,002.52
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/23/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE